IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| REBECA CUTRUZZULA, | ) |
| Plaintiff, | ) 2:14-CV-01474-MRH |
| vs. | ) |
| BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, AND; AND BAYER OY, | ) |
| Defendants, | ) |

**MEMORANDUM ORDER**

MARK R. HORNAK, United States District Judge

AND NOW, this 13th day of December, 2016, after the magistrate judge having submitted a Report and Recommendation recommending that this action be dismissed for failure to prosecute, and the Report and Recommendation having been served on the parties and no parties having objected, accordingly, after a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following Order is entered:

IT IS HEREBY ORDERED that this action is dismissed for plaintiff's failure to prosecute;

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Cynthia Reed Eddy [ECF No. 60] is hereby adopted as the opinion of the district court.

BY THE COURT:

*/s/ Mark R. Hornak*

MARK R. HORNAK
United States District Judge